OPINIONS OF THE SUPREME COURT OF OHIO
**** SUBJECT TO FUTHER EDITING ****

The full texts of the opinions of the Supreme Court of Ohio are being transmitted electronically beginning May 27, 1992, pursuant to a pilot project implemented by Chief Justice Thomas J. Moyer.

Please call any errors to the attention of the Reporter's Office of the Supreme Court of Ohio.  Attention:  Walter S. Kobalka, Reporter, or Deborah J. Barrett, Administrative Assistant.  Tel.:  (614) 466-4961; in Ohio 1-800-826-9010. Your comments on this pilot project are also welcome.

NOTE:  Corrections may be made by the Supreme Court to the full texts of the opinions after they have been released electronically to the public.  The reader is therefore advised to check the bound volumes of Ohio St.3d published by West Publishing Company for the final versions of these opinions. The advance sheets to Ohio St.3d will also contain the volume and page numbers where the opinions will be found in the bound volumes of the Ohio Official Reports.

The State of Ohio, Appellee, v. Murr, Appellant.
[Cite as State v. Murr (1994),      Ohio St.3d      .]
Appellate procedure -- App.R. 26 -- Application for reopening
    appeal from judgment and conviction based on claim of
    ineffective assistance of appellate counsel for counsel's
    failure to argue that arson indictment is only a
    misdemeanor -- Application denied when trial court did not
    err in convicting appellant of felony arson.
    (No. 93-2399 Submitted October 24, 2994 -- Decided
December 14, 1994.)
    Appeal from the Court of Appeals for Sandusky County, No.
S-91-13.
    Appellant, Jeffrey A. Murr,  was convicted of theft and
arson and sentenced to consecutive sentences each of four to
ten years.  He appealed, and the court of appeals affirmed the
conviction.  State v. Murr (May 8, 1992), Sandusky App. No.
S-91-13, unreported.  He applied to the court of appeals to
reopen the appeal from the judgment of conviction, alleging
ineffective assistance of counsel for counsel's failure to
argue that the arson indictment could only have been a
misdemeanor.  The court of appeals denied the application on
the basis that the trial court did not err in convicting
appellant of felony arson.  Appellant appeals the denial to
this court.

    John E. Meyers, Sandusky County Prosecuting Attorney and
Ronald J. Mayle, Assistant Prosecuting Attorney, for appellee.
    David H. Bodiker, Ohio Public Defender, and Richard E.
Graham, Assistant Public Defender, for appellant.

    Per Curiam.  The decision of the court of appeals is
affirmed for the reasons stated in the decsion.
                                Judgment affirmed.
    Moyer, C.J., Douglas, Resnick, F.E. Sweeney and Pfeifer,
JJ., concur.

A.W. Sweeney and Wright, JJ., dissent.